UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gary Mullins, Jr., | Civ. No. 23-1855 (JWB/DTS) |
| Plaintiff, | |
| v. | |
| Dr. Morgan, *Chief Medical Doctor*; United States of America; Karin Kay Parsons, *P.A.*; and Rachel Wolfe, *R.N.*, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Defendants. | |

---

Gary Mullins, Jr., pro se Plaintiff.

Trevor Brown, Esq., DOJ-USAO, counsel for Defendants.

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on December 30, 2024. (Doc. No. 83.) No objection has been filed to that R&R in the time permitted. Absent a timely objection, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in the case, **IT IS HEREBY ORDERED** that:

1. The December 30, 2024 Report and Recommendation (Doc. No. 83) is **ACCEPTED**;

2. Defendants Dr. Morgan, Karin Parsons, and Rachel Wolfe's Motion to

2

Dismiss (Doc. No. 53) is **GRANTED**;

      3.      Plaintiff's Motion to Dismiss Dr. Morgan from Count II (Doc. Nos. 76, 80) is **GRANTED**;

      4.      Count II as asserted against Defendants Karin Parsons and Rachel Wolfe is **DISMISSED WITHOUT PREJUDICE**;

      5.      Count II as asserted against Defendant Dr. Morgan is **DISMISSED WITH PREJUDICE**; and

      6.      Defendants Dr. Morgan, Karin Parsons, and Rachel Wolfe are dismissed from the case.

Date: January 27, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2